UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



DMI CONTRACTORS, INC.

VERSUS                                                          CASE NUMBER: 3:08-CV-348

MOTIVA ENTERPRISES, LLC

## ORDER OF DISMISSAL

Considering the foregoing motion for dismissal:

**IT IS ORDERED** that the above numbered entitled suit be, and the same is, hereby dismissed with full prejudice as to the rights of plaintiff, DMI Contractors, Inc., and against the defendant, Motiva Enterprises, LLC.

**ORDER RENDERED, READ AND SIGNED** at Baton Rouge, Louisiana this 19th day of August, 2008.

JUDGE, UNITED STATES DISTRICT COURT